[No. 17197-6-I. Division One. May 4, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE ADAMS, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 85-1-01775-3, Frank H. Roberts, Jr., J., entered September 19, 1985. *Reversed* and *dismissed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Webster, JJ.

[No. 9718-4-II. Division Two. May 5, 1987.]

*In the Matter of* M. V.

Appeal from a judgment of the Superior Court for Pierce County, No. 117196, John B. Krilich, J. Pro Tem., entered February 11, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Petrich, J.

[No. 8718-9-II. Division Two. May 5, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST CARL MACE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84-1-00907-3, J. Kelley Arnold, J., entered April 30, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Reed, C.J., and Worswick, J.